UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TCHEFUNCTA CLUB ESTATES, INC.** | **CIVIL ACTION** |
| **VERSUS** | **No. 10-1637** |
| **UNITED STATES ARMY CORPS OF ENGINEERS** | **SECTION I** |

### ORDER

Considering the motion[1] to dismiss with prejudice submitted by the plaintiff,

**IT IS ORDERED** that plaintiff's claim against defendant, United States Army Corps of Engineers, is **DISMISSED WITH PREJUDICE** with plaintiff reserving its claim[2] against defendant for attorney's fees and costs.

New Orleans, Louisiana, April 13, 2011.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 30.

[2] R. Doc. No. 29.